**Freddie M. MOULTRIE, Appellant**

v.

**Thomas J. ROWLANDS, Records Supervisor, S.C.I. Graterford, David Diguglielmo, Superintendent, S.C.I. Graterford, and Jeffrey Beard, Secretary, Pennsylvania Department Of Corrections, Appellees.**

Supreme Court of Pennsylvania.

June 21, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**